UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

       Plaintiff,                   Case No. 1:07-mj-333

     v.                           Hon. Hugh W. Brenneman

HAROLD CUTTS,

       Defendant.
_____/

**ORDER FOR DISMISSAL**

The United States having filed a Motion to Dismiss pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court,

IT IS HEREBY ORDERED that the Complaint against Defendant Cutts is DISMISSED WITHOUT PREJUDICE.

Dated: March 27, 2008              /s/ Hugh W. Brenneman, Jr.
                                            HUGH W. BRENNEMAN
                                            United States District Court Magistrate Judge
                                            Western District of Michigan